ANDREW BROWN v. C. M. BRISTOW, INC., and Others, Impleaded with STANDARD OIL COMPANY OF NEW YORK, INC., and R. E. BROOKS COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PAUL J. MORANTI, INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

WASHINGTON TRADING CORPORATION v. CORNELL FABRICS, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of OKLA JAMES JONES for a Mandamus Order against AUSTIN H. MACCORMIC, Commissioner of the Department of Correction of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARY S. LIVINGSTON v. CECIL BARRET and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. MAX AARON and Others, Impleaded with SAMUEL UNGERLEIDER and Others, and THOMAS CAPEK, SR., and Another.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FRANK REDA and Others against THOMAS W. HAMMOND, Chairman of the Sanitation Commission of the Department of Sanitation of the City of New York.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ELLIOTT HOSIERY COMPANY, INC., v. ATLANTIC MOTOR FREIGHT COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

DENNIS GABRIEL WILLIAMS and Another v. BLOOMINGDALE BROS., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ALBERENE STONE COMPANY v. GRINNELL COMPANY, INC., Impleaded with THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

ENID STEWART JAGOE v. BAIRD-DANIELS COMPANY, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten